# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 29, 2018

155888(19)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                              SC: 155888
                              COA: 335896
                              Oakland CC: 2012-243289-FH;
                                                  2012-243290-FH

CRAIG JERIL LEWIS,
     Defendant-Appellant.

_____/

       On order of the Court, the motion for reconsideration of this Court's March 5, 2018 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 29, 2018



Clerk

a0521